# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TACIA RAFTOPOULOUS-JOHNSON and STEVEN A. JOHNSON, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARIZONA BOARD OF REGENTS,<br><br>　　　　　　　Defendant. | Civil Action No. 2:20-cv-04399<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tacia Raftopoulous-Johnson and Steven A. Johnson hereby dismiss all claims in this action without prejudice. Defendant has not served an Answer to the Plaintiffs' Complaint, nor have they served a motion for summary judgment.

Dated: June 19, 2020

Respectfully Submitted,

By: __/s/ Andrew J. Obergfell___
　　　　Andrew J. Obergfell

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aobergfell@bursor.com

*Attorneys for Plaintiffs*

SO ORDERED:

_____
BRIAN R. MARTINOTTI, U.S.D.J
Dated:　June 22, 2020